UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RAFIEL RIGGINS,

    Plaintiff,

v.

R. COOK, et al.,

    Defendants.
_____/

Case No. 2:20-cv-110

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  January 3, 2023

/s/  Paul L. Maloney
Paul L. Maloney
United States District Judge